IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH C. FARAG | : CIVIL ACTION |
| | : |
| | : NO. 2-12-CV-110 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| POINT MEDICAL CORP. | : |
| | : |
| Defendant | : |

**DEFENDANT POINT MEDICAL CORP.'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, Point Medical Corp. ("Point Medical"), by its attorneys, Hamburg, Rubin, Mullin, Maxwell & Lupin, P.C., hereby answers the above-captioned cause of action whereby the following is a true statement:

I. PARTIES

It is admitted that the parties have current addresses as set forth in the Complaint.

II. BASIS OF CLAIM AND JURISDICTION

1. Without admitting the merits of Plaintiff's claims, it is admitted that Plaintiff brings his cause of action under Title VII of the Civil Rights Act of 1964 as amended.

2. It is admitted only that Plaintiff filed a charge of discrimination with the Equal Opportunity Commission, a true and correct copy of which is attached hereto as Exhibit "A". Upon information and belief, Plaintiff did not file a charge of discrimination with the Indiana Civil Rights Commission.

3. Defendant is without information sufficient to know when Plaintiff received a Right to Sue Notice from the EEOC although it is admitted that a Right to Sue Notice was mailed on or about December 14, 2011.

III. <u>STATEMENT OF LEGAL CLAIM</u>

Denied as stated. It is admitted that Plaintiff is currently 65 years old. Point Medical hired Plaintiff in November of 2002 as a Quality Control Manager. It is admitted that Point Medical terminated Plaintiff on May 5, 2010 and that more than five months later Point Medical placed a younger female employee in the Quality Control Manager position. Point Medical is without sufficient information to know when Plaintiff became aware of the identity of his replacement, but it is denied that his replacement had less relevant experience and/or qualifications. It is further denied that Plaintiff suffered discrimination based on his gender and/or age. On the contrary, Plaintiff was terminated for poor performance.

IV. <u>FACTS IN SUPPORT OF COMPLAINT</u>

Denied as stated. It is admitted that Plaintiff is currently 65 years old. Point Medical hired Plaintiff in November of 2002 as a Quality Control Manager. It is admitted that Point Medical terminated Plaintiff on May 5, 2010 and that more than five months later Point Medical placed a younger female employee in the Quality Control Manager position. Point Medical is without sufficient information to know when Plaintiff became aware of the identity of his replacement, but it is denied that his replacement had less relevant experience and/or qualifications. It is further denied that Plaintiff suffered discrimination based on his gender and/or age. On the contrary, Plaintiff was terminated for poor performance.

IV. <u>PRAYER FOR RELIEF</u>

Wherefore, Defendant Point Medical Corp. respectfully requests that judgment be entered in its favor and against Plaintiff.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief may be granted.

2. Plaintiff was not terminated because of his gender.

3. Plaintiff was not terminated because of his age.

4. Point Medical terminated Plaintiff because of performance issues on May 5, 2010.

5. Plaintiff filed his charge of discrimination with the Equal Opportunity Commission on April 27, 2011. See Exhibit "A" attached hereto and incorporated herein by reference.

6. Plaintiff's claims are barred by the statute of limitations.

7. Point Medical had legitimate, non-discriminatory reasons for terminating Plaintiff's employment.

Wherefore, Defendant Point Medical Corp. respectfully requests that judgment be entered in its favor and against Plaintiff

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

BY:_____
ETHAN R. O'SHEA, ESQUIRE
Attorney for Defendant
ID# 69713
375 Morris Rd., PO Box 1479
Lansdale, PA 19446
215-661-0400
eoshea@hrmml.com

Date: 5-18-12

EXHIBIT "A"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | 0411-164 |
| [X] EEOC | 24E-2011-00144 |

**Gary Human Relations Commission** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Joseph C. Farag | (219) 663-3454 | 12-07-1946 |

| Street Address | City, State and ZIP Code |
|---|---|
| 10380 Illinois Street, | Crown Point, IN 46307 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| POINT MEDICAL CORPORATION | 101 - 200 | (219) 663-1775 |

| Street Address | City, State and ZIP Code |
|---|---|
| 891 E. Summit Street, | Crown Point, IN 46307 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-06-2010   Latest: 12-06-2010
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 64 yr old male hired by the Respondent in December 2003. My most recent position was Quality Systems Manager. In May 2010, I was denied terms and conditions of employment afforded to Respondent's female and younger (under 40/yrs) employees, when I was forced into early retirement. There was no reason given by Respondent's female HR Manager, Trace Kralik for their actions. On or around December 6, 2010, I became aware that the Respondent hired a younger (under 40/yrs) female with less job experience and qualifications to replace me.

I believe I have been discriminated against based on my sex/male in violation of Title VII of the Civil Rights Act of 1964, as amended and my age, 64/yrs old in violation of the Age Discrimination in Employment Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

Edia Gilbert  1/29/14

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
Joseph C. Farag 4/27/11

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
Apr 27, 2011

EEOC Form 5 (11/09)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH C. FARAG | : CIVIL ACTION |
| | : |
| | : NO. 2-12-CV-110 |
| Plaintiff | : |
| v. | : |
| POINT MEDICAL CORP. | : |
| Defendant | : |

**CERTIFICATE OF SERVICE**

I, Ethan R. O'Shea, Esquire hereby certify that on _5/18_, 2012, I electronically filed the foregoing Defendant's Answer to Plaintiff's Complaint with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by U.S. Postal Service, postage prepaid, the document to the following non CM/ECF participant:

Joseph C. Farag
10380 Illinois Street
Crown Point, IN 46307

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

BY: _____
ETHAN R. O'SHEA, ESQUIRE
Attorney for Defendant
PA ID# 69713
375 Morris Rd., PO Box 1479
Lansdale, PA 19446
215-661-0400
eoshea@hrmml.com

Date: _5/18/12_