IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

JOSEPH C. FARAG

                Plaintiff

v.

POINT MEDICAL CORP.

                Defendant

: CIVIL ACTION
:
: NO.  2-12-CV-110
:
:
:
:
:
:
:
:

## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Point Medical Corp. hereby states that its stock is owned by Plasti-Tech, Inc., a privately-held corporation.

HAMBURG, RUBIN, MULLIN,
        MAXWELL & LUPIN

BY:_____
      ETHAN R. O'SHEA, ESQUIRE
      Attorney for Defendant
      ID# 69713
      375 Morris Rd., PO Box 1479
      Lansdale, PA  19446
      215-661-0400
      eoshea@hrmml.com

Date: May 24, 2012_____

{00958615;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

JOSEPH C. FARAG                           : CIVIL ACTION

                                        : NO.  2-12-CV-110

                Plaintiff              :

v.                                        :

POINT MEDICAL CORP.                 :

                Defendant           :

## CERTIFICATE OF SERVICE

        I, Ethan R. O'Shea, Esquire hereby certify that on May 24, 2012, I electronically filed the foregoing Defendant's Rule 7.1 Disclosure Statement with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by U.S. Postal Service, postage prepaid, the document to the following non CM/ECF participant:

Joseph C. Farag
10380 Illinois Street
Crown Point, IN  46307

                            HAMBURG, RUBIN, MULLIN,
                             MAXWELL & LUPIN

By: _____
               ETHAN R. O'SHEA, ESQUIRE
               Attorney for Defendant
               PA ID# 69713
               375 Morris Rd., PO Box 1479
               Lansdale, PA  19446
               215-661-0400
               eoshea@hrmml.com

Date: May 24, 2012